No. 02–699.  TIDYMAN'S, INC. v. HEMMINGS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–702.  VAZIN v. TENNESSEE STATE UNIVERSITY ET AL. C. A. 6th Cir.  Certiorari denied.

No. 02–703.  BEVAN v. NBC NEWS BUREAUS, INC., ET AL. Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 02–706.  DALMER v. LAMOILLE FAMILY CENTER ET AL. Sup. Ct. Vt.  Certiorari denied.

No. 02–717.  MACPHAIL v. OCEANEERING INTERNATIONAL, INC.  C. A. 5th Cir.  Certiorari denied.

No. 02–721.  CHANDLER v. SOUTH CAROLINA FARM BUREAU INSURANCE COS.  Sup. Ct. S. C.  Certiorari denied.

No. 02–723.  SHERFEY ET UX. v. SHERFEY ET UX.  Ct. App. Ky.  Certiorari denied.

No. 02–725.  PULICE v. ENCISCO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–726.  NAVARRO PINEDA ET AL. v. CITY OF HOUSTON, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 02–727.  TY INC. v. PUBLICATIONS INTERNATIONAL, LTD. C. A. 7th Cir.  Certiorari denied.

No. 02–729.  MORLEY v. JAMES J. GORY MECHANICAL CONTRACTING, INC.  Sup. Ct. Pa.  Certiorari denied.

No. 02–731.  PACE v. GAINES, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 02–732.  FLEMING ET AL. v. JEFFERSON COUNTY SCHOOL DISTRICT R–1.  C. A. 10th Cir.  Certiorari denied.